# First District Court of Appeal
## State of Florida

_____

No. 1D18-1152
_____

TIMOTHY S. THACKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

October 26, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy S. Thacker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.